1  COOLEY LLP
   CHRISTOPHER J. SUNDERMEIER (166126)
2  (sundermeierc@cooley.com)
   BRANDON KIMURA (241220)
3  (bkimura@cooley.com)
   Five Palo Alto Square
4  3000 El Camino Real
   Palo Alto, CA  94306-2155
5  Telephone:     (650) 843-5000
   Facsimile:     (650) 849-7400
6
   COOLEY LLP
7  ROBERT B. LOVETT (*pro hac vice* pending)
   (rlovett@cooley.com)
8  500 Boylston St.
   Boston, MA  02116-3736
9  Telephone:     (617) 937-2300
   Facsimile:     (617) 937-2400
10
11 Attorneys for Defendants
   RF BIOCIDICS, INC. and
12 ALLIED MINDS, INC.

13                    UNITED STATES DISTRICT COURT

14                    EASTERN DISTRICT OF CALIFORNIA

15

16
   STRAYFIELD LIMITED,                   Case No.  2:11-CV-02631-LKK-GGH
17
                 Plaintiff,              **ORDER AND STIPULATION
18                                       CONCERNING EXTENSION OF TIME TO
        v.                               RESPOND TO COMPLAINT**
19
   RF BIOCIDICS, INC. AND ALLIED
20 MINDS, INC.,

21               Defendants.

22
        Plaintiff Strayfield Limited ("Strayfield"), Defendant RF Biocidics, Inc. ("RF Biocidics")
23
   and Defendant Allied Minds, Inc. ("Allied Minds"), through their counsel of record, pursuant to
24
   Federal Rule of Civil Procedure 6 and Local Rule 144(a), hereby stipulate as follows:
25
        **WHEREAS**, the parties desire to accommodate the scheduling concerns of counsel;
26
        **NOW THEREFORE** the parties hereby stipulate and agree that Defendants RF Biocidics
27
   and Allied Minds have through and including November 18, 2011 in which to file and serve an
28

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2:11-CV-02631-LKK-GGH

1  answer or otherwise respond to Strayfield's Complaint.

2

3

4  Dated: October 31, 2011                      MARGARET A. CRAWFORD (238205)
5                                               **LAW OFFICES OF MARGARET A.**
                                                **CRAWFORD**
6
                                                JOHN H. "TREY" ALLEN, III
7                                               JENNIFER WILLIAMS
                                                **JACKSON ALLEN & WILLIAMS, LLP**
8                                               *Admitted Pro Hac Vice*

9                                               */s/ John H. "Trey" Allen, III*
10                                              John H. "Trey" Allen, III

11                                              Attorney for Plaintiff
                                                STRAYFIELD LIMITED
12

13
   Dated: November 1, 2011                      COOLEY LLP
14                                              CHRISTOPHER J. SUNDERMEIER (166126)
                                                BRANDON KIMURA (241220)
15

16
                                                */s/ Christopher J. Sundermeier*
17                                              Christopher J. Sundermeier (166126)
                                                Attorneys for Defendants
18                                              RF BIOCIDICS, INC. and
                                                ALLIED MINDS, INC.
19

20
   IT IS SO ORDERED.
21
   Dated:  November 3, 2011.
22

23

24  85359 v1/BN                                 LAWRENCE  K.  KARLTON
25                                              SENIOR  JUDGE
                                                UNITED  STATES  DISTRICT  COURT
26

27

28