COOLEY LLP
CHRISTOPHER J. SUNDERMEIER (166126)
(sundermeierc@cooley.com)
BRANDON KIMURA (241220)
(bkimura@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:     (650) 843-5000
Facsimile:      (650) 849-7400

COOLEY LLP
ROBERT B. LOVETT (*pro hac vice* pending)
(rlovett@cooley.com)
500 Boylston St.
Boston, MA  02116-3736
Telephone:     (617) 937-2300
Facsimile:      (617) 937-2400

Attorneys for Defendants
RF BIOCIDICS, INC. and
ALLIED MINDS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| STRAYFIELD LIMITED, | Case No.  2:11-CV-02631-LKK-GGH |
|---|---|
| Plaintiff, | **ORDER AND STIPULATION CONCERNING EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| v. | |
| RF BIOCIDICS, INC. AND ALLIED MINDS, INC., | |
| Defendants. | |

Plaintiff Strayfield Limited ("Strayfield"), Defendant RF Biocidics, Inc. ("RF Biocidics") and Defendant Allied Minds, Inc. ("Allied Minds"), through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rule 144(a), hereby stipulate as follows:

**WHEREAS**, the parties desire to accommodate the scheduling concerns of counsel;

**NOW THEREFORE** the parties hereby stipulate and agree that Defendants RF Biocidics and Allied Minds have through and including November 18, 2011 in which to file and serve an

answer or otherwise respond to Strayfield's Complaint.

Dated: October 31, 2011

MARGARET A. CRAWFORD (238205)
**LAW OFFICES OF MARGARET A. CRAWFORD**

JOHN H. "TREY" ALLEN, III
JENNIFER WILLIAMS
**JACKSON ALLEN & WILLIAMS, LLP**
*Admitted Pro Hac Vice*

*/s/ John H. "Trey" Allen, III*
John H. "Trey" Allen, III

Attorney for Plaintiff
STRAYFIELD LIMITED

Dated: November 1, 2011

COOLEY LLP
CHRISTOPHER J. SUNDERMEIER (166126)
BRANDON KIMURA (241220)

*/s/ Christopher J. Sundermeier*
Christopher J. Sundermeier (166126)
Attorneys for Defendants
RF BIOCIDICS, INC. and
ALLIED MINDS, INC.

IT IS SO ORDERED.

Dated:  November 3, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

85359 v1/BN