MARGARET A. CRAWFORD (Bar No. 238205)
mcrawford@mcrawfordlaw.com
**LAW OFFICES OF MARGARET A. CRAWFORD**
3900 Greenwood Ave
Oakland, CA 94602
Tel:  (415) 412-4952

JOHN H. "TREY" ALLEN, III (*admitted pro hac vice*)
trey@jacksonallenfirm.com
JENNIFER WILLIAMS (*admitted pro hac vice*)
jennifer@jacksonallenfirm.com
**JACKSON ALLEN & WILLIAMS, LLP**
3838 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Tel:  (214) 521-2300
Facsimile:  (214) 528-7755

Attorneys for Plaintiff STRAYFIELD LIMITED

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| STRAYFIELD LIMITED | ) | CASE NUMBER: |
|---|---|---|
| Plaintiff, | ) ) | **2:11-cv-02631-LKK-GGH** |
| v. | ) ) | **ORDER ON PLAINTIFF'S MOTION TO CONSOLIDATE HEARINGS ON DEFENDANTS' MOTIONS TO DISMISS PLAINTIFF'S COMPLAINT AND STATUS PRETRIAL SCHEDULING CONFERENCE** |
| RF BIOCIDICS, INC., AND ALLIED MINDS, INC. | ) ) ) | |
| Defendants. | ) ) ) | |
| | | Judge:  Hon. Lawrence K. Karlton |

After considering Plaintiff's Motion to Consolidate Hearings on Defendants' Motions to Dismiss Plaintiff's Complaint and Status Pretrial Scheduling Conference, the Court continues the Status Conference Hearing from the current setting on January 17, 2012 at 3:00 pm to March 5, 2012 at 3:00 p.m.  The parties shall file their status reports 14 days prior to the status conference.

SIGNED on January 12, 2012

```
                                    Lawrence K Karlton
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
```

APPROVED & ENTRY REQUESTED:
**LAW OFFICES OF MARGARET A. CRAWFORD**
**JACKSON ALLEN & WILLIAMS, LLP**

s/ John H. "Trey" Allen, III
John H. "Trey" Allen, III
Attorneys for Plaintiff STRAYFIELD LIMITED

ORDER ON PLAINTIFF'S MOTION TO CONSOLIDATE HEARINGS – PAGE 1