MARGARET A. CRAWFORD (Bar No. 238205)
mcrawford@mcrawfordlaw.com
**LAW OFFICES OF MARGARET A. CRAWFORD**
504 Lewis Ave.
San Leandro, CA 94577
Tel:  (510) 568-5424

JOHN H. "TREY" ALLEN, III (*admitted pro hac vice*)
trey@jacksonallenfirm.com
JENNIFER WILLIAMS (*admitted pro hac vice*)
jennifer@jacksonallenfirm.com
**JACKSON ALLEN & WILLIAMS, LLP**
3838 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Tel:  (214) 521-2300
Facsimile:  (214) 528-7755

Attorneys for Plaintiff STRAYFIELD LIMITED

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STRAYFIELD LIMITED | CASE NUMBER: |
| Plaintiff, | **2:11-cv-02631-LKK-GGH** |
| v. | **ORDER ON AGREED MOTION FOR LEAVE TO AMEND STATUS (PRETRIAL SCHEDULING) CONFERENCE ORDER** |
| RF BIOCIDICS, INC., AND ALLIED MINDS, INC. | |
| Defendants. | Judge:  Hon. Lawrence K. Karlton |

After considering the Parties' Agreed Motion for Leave to Amend Status (Pretrial Scheduling) Conference Order the Court

GRANTS the motion and modifies the Court's Status (Pretrial Scheduling) Conference order to extend the deadlines contained therein as follows:

      a.    Discovery shall be completed by May 1, 2013;

      b.    Designation of all experts that each party proposes to tender at trial not later than forty-five (45) days before the close of discovery;

c. Motions to compel must be noticed on the Magistrate Judge's calendar in accordance with the local rules of this court and so that such motions will be heard not later than April 1, 2013;

d. All law and motion hearings shall be completed by July 1, 2013;

e. The Final Pretrial Conference to be set on October 15, 2013 at 2:30 p.m.; and

f. Trial to be set on January 22, 2014 at 10:30 a.m..

All other matters addressed in the Court's Status (Pretrial Scheduling) Conference order shall remain unchanged.

SIGNED on December 5, 2012.

*(signature)*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

APPROVED & ENTRY REQUESTED:

**LAW OFFICES OF MARGARET A. CRAWFORD**
**JACKSON ALLEN & WILLIAMS, LLP**

/s/ John H. "Trey" Allen, III
John H. "Trey" Allen, III
Attorneys for Plaintiff STRAYFIELD LIMITED

**COOLEY LLP**

/s/ Robert B. Lovett
Robert B. Lovett
Attorneys for Defendants R.F. BIOCIDICS, INC. and ALLIED MINDS, INC.