COOLEY LLP
JESSICA VALENZUELA SANTAMARIA (SBN 220934)
(jsantamaria@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:   (650) 843-5000
Facsimile:    (650) 849-7400

COOLEY LLP
ROBERT B. LOVETT (*admitted pro hac vice*)
(rlovett@cooley.com)
KAREN L. BURHANS (*admitted pro hac vice*)
(kburhans@cooley.com)
500 Boylston St.
Boston, MA  02116-3736
Telephone:   (617) 937-2300
Facsimile:    (617) 937-2400

Attorneys for Defendants
RF BIOCIDICS, INC. and
ALLIED MINDS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| STRAYFIELD LIMITED,<br><br>                    Plaintiff,<br><br>        v.<br><br>RF BIOCIDICS, INC. AND ALLIED MINDS, INC.,<br><br>                    Defendants. | Case No.  2:11-CV-02631-LKK-GGH<br><br>**ORDER ON APPLICATION/STIPULATION AND PROPOSED ORDER FOR LEAVE TO AMEND STATUS (PRETRIAL SCHEDULING) CONFERENCE ORDER**<br><br>Judge:  Hon. Lawrence K. Karlton |

After considering the Parties' Application/Stipulation and Proposed Order for Leave to Amend Status (Pretrial Scheduling) Conference Order the Court

GRANTS the motion and modifies the Court's Status (Pretrial Scheduling) Conference Order to extend the deadlines contained therein as follows:

        a.    Discovery shall be completed by July 1, 2013;

        b.    Designation of all experts that each party proposes to tender at trial not

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1.

APPLICATION/STIPULATION AND PROPOSED
ORDER TO AMEND SCHEDULING ORDER
2:11-CV-02631-LKK-GGH

1 later than forty-five (45) days before the close of discovery;

2     c. Motions to compel must be noticed on the Magistrate Judge's calendar in accordance with the local rules of this Court and so that such motions will be heard not later than June 1, 2013;

    d. All law and motion hearings shall be completed by September 3, 2013;

    e. The Final Pretrial Conference to be set on December 3, 2013 at 2:30 pm; and

    f. Trial to be set on March 4, 2014 at 10:30 a.m.

All other matters addressed in the Court's Status (Pretrial Scheduling) Conference Order shall remain unchanged.

SIGNED on January 23, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

APPROVED & ENTRY REQUESTED ON JANUARY 18, 2013:

**COOLEY LLP**

*/s/ Jessica Valenzuela Santamaria*
Jessica Valenzuela Santamaria
Attorneys for Defendants R.F. BIOCIDICS, INC. AND ALLIED MINDS, INC.

**LAW OFFICES OF MARGARET A. CRAWFORD**
**JACKSON ALLEN & WILLIAMS, LLP**

*/s/ John H. "Trey" Allen, III (as authorized on January 17, 2013)*
John H. "Trey" Allen, III
Attorneys for Plaintiff STRAYFIELD LIMITED

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2.

APPLICATION/STIPULATION AND PROPOSED
ORDER TO AMEND SCHEDULING ORDER
2:11-CV-02631-LKK-GGH