UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STRAYFIELD LIMITED,

        Plaintiff,

   v.

RF BIOCIDICS, INC., and
ALLIED MINDS, INC.,

        Defendants.
_____/

NO. Civ.S-11-2631 LKK/CKD

**ORDER RE DISPOSAL DOCUMENTS AFTER NOTIFICATION OF SETTLEMENT**

    Counsel for plaintiff has filed a Notice of Settlement in the above-captioned case.  In accordance with the provisions of Local Rule 160, the court now orders that dispositional documents be filed no later than twenty-one (21) days from the effective date of this order.

    All hearing dates heretofore set in this matter are hereby **VACATED.**

    <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO</u>

////

////

1

1 | CONTRIBUTED TO THE VIOLATION OF THIS ORDER.
2 |     IT IS SO ORDERED.
3 |     DATED:  April 11, 2013.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT